## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-13940 SPS
**Case Name:** JUNG, RUTH A

**Taxpayer ID #:** 13-7584512
**Period Ending:** 05/28/08

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****22-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/08 | | 722 Redemption Funding Inc | 2003 Hyundai Santa Fe | 1129-000 | 5,000.00 | | 5,000.00 |
| 03/24/08 | 1001 | Ruth A. Jung | Exemption portion for vehicle. | 8100-002 | | 2,400.00 | 2,600.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.18 | | 2,600.18 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.36 | | 2,600.54 |
| | | | **ACCOUNT TOTALS** | | 5,000.54 | 2,400.00 | $2,600.54 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.54 | 2,400.00 | |
| | | | Less: Payments to Debtors | | | 2,400.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.54** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****22-65 | 5,000.54 | 0.00 | 2,600.54 |
| | $5,000.54 | $0.00 | $2,600.54 |


EXHIBIT C

{} Asset reference(s)

Printed: 05/28/2008 03:55 PM   V.10.03