**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JUNG, RUTH A | ) | |
| | ) | CASE NO. 07 B 13940 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON |
| Debtor(s) | ) | SONDERBY |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    219 South Dearborn, Courtroom 642
    Chicago, Illinois 60604

    on: **August 13, 2008**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $      5,000.54

    b. Disbursements                               $      2,400.00

    c. Net Cash Available for Distribution$    2,600.54

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 650.14 | $ |
| Trustee | $ 0.00 | $ | $ 119.52 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $54,066.81, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $3.39%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 10,203.53 | $ 345.54 |
| 2 | Recovery Management Systems Corporation | $ 794.42 | $ 26.90 |
| 3 | Recovery Management Systems Corporation | $ 1,208.53 | $ 40.92 |
| 4 | Chase Bank USA,N.A. | $ 2,860.17 | $ 96.85 |
| 5 | LVNV Funding LLC its successors and assigns as | $ 17,083.08 | $ 578.49 |
| 6 | LVNV Funding LLC its successors and assigns as | $ 1,607.47 | $ 54.43 |
| 7 | Recovery Management Systems Corporation | $ 2,278.92 | $ 77.17 |

| | | | |
|---|---|---|---|
| 8 | Target National Bank | $ 1,516.12 | $ 51.34 |
| 9 | Household Bank (SB), N.A. | $ 757.78 | $ 25.66 |
| 10 | HSBC Bank Nevada NA / HSBC Card Services III | $ 15,756.79 | $ 533.58 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **June 24, 2008**          For the Court,

                         By: **KENNETH S. GARDNER**
                             Kenneth S. Gardner
                             Clerk of the United States Bankruptcy Court
                             219 S. Dearborn Street, 7th Floor
                             Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

 8940    Doc 33    Filed 06/24/08    Entered 06/27/08 00:48:54    Desc Imaged
                   Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1         Date Rcvd: Jun 24, 2008
Case: 07-13940                 Form ID: pdf002             Total Served: 28


The following entities were served by first class mail on Jun 26, 2008.
db          +Ruth A Jung,    220 E. Shagbark Lane,     Streamwood, IL 60107-1088
aty         +Jeff A Whitehead,    Law Office of Jeff Whitehead,     700 West Van Buren,    Suite 1506,
              Chicago, IL 60607-3617
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,     Waukegan, IL 60085-4216
11522885     Bank of America,    PO Box 15026,    Wilmington, Delaware  19850-5026
11669963    +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,     P O Box 740933,
              Dallas, Tx 75374-0933
11522887    +DiTech,    3200 Park Center Drive,    Suite 150,    Costa Mesa, California 92626-1982
11522888     Fashion Bug,    P.O. Box 856021,    Louisville, Kentucky 40285-6021
11522889     GM Card,    P.O. Box 80082,    Salinas, California 93912-0082
11771749     HSBC Bank Nevada NA / HSBC Card Services III,     by eCAST Settlement Corporation,    as its agent,
              POB 35480,    Newark NJ 07193-5480
11522890     Home Depot,    PO Box 689100,    Des Moines, Iowa 50368-9100
11766417    +Household Bank (SB), N.A.,    (Filene's Basement/Value City),     eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,     3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11522892     Kohl's,    P.O. Box 2983,    Milwaukee , Wisconsin 53201-2983
11522893     Linens & Things,    PO Box 981064,    El Paso, Texas 79998-1064
11522895    +Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
11522891    +Ruth A. Jung,    220 E. Shagbark Lane,    Streamwood, Illinois 60107-1088
11522896     Sears Gold Mastercard,    P.O. Box 6922,    The Lakes, Nevada 88901-6922
11522897     Target National Bank,    PO Box 59317,    Minneapolis, Minnesota 55459-0317
11764786     Target National Bank,    c o Weinstein and Riley, PS,     po box 3978,    seattle, WA 98124-3978
11522898     Wal-Mart Discover,    PO Box 981284,    El Paso, Texas 79998-1284
11522899    +Wells Fargo Home Loan,    420 Montgomery,    San Francisco, California 94163-0001
11984338     eCAST Settlement Corporation,     POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Jun 25, 2008.
11522886     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 25 2008 06:38:10     Discover Card,    PO Box 30395,
              Salt Lake City, Utah 84130-0395
11603937     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 25 2008 06:38:10
              Discover Bank/DFS Services LLC,     PO Box 3025,    New Albany OH 43054-3025
11707828     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11522894    +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2008 06:36:25     Lowes,    P.O. Box 981064,
              El Paso, Texas 79998-1064
11618356    +E-mail/PDF: rmscedi@recoverycorp.com Jun 25 2008 06:37:21
              Recovery Management Systems Corporation,     For GE Money Bank,    dba WALMART,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11618350    +E-mail/PDF: rmscedi@recoverycorp.com Jun 25 2008 06:37:20
              Recovery Management Systems Corporation,     For GE Money Bank,    dba Linens 'N Things,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11735147    +E-mail/PDF: rmscedi@recoverycorp.com Jun 25 2008 06:37:20
              Recovery Management Systems Corporation,     For GE Money Bank,    dba LOWES CONSUMER,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 26, 2008**                    **Signature:** *Joseph Speetjens*